# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Buchwald, Naomi R. | SOUTHERN DISTRICT OF NEW YORK | 05/03/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Senior) | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

Daniel Patrick Moynihan Courthouse
500 Pearl Street -- ROOM 2270
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. POA: Accounts 1-7 | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Partner at law firm of Kelley, Drye & Warren LLP |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | B | Interest | O | T | | | | | |
| 2. Vanguard Voyager (IRA) | A | Dividend | K | T | | | | | |
| 3. Schwab (IRA) | A | Interest | P1 | T | | | | | |
| 4. | D | Dividend | | | | | | | |
| 5. --- Schwab Deposit Acount | A | Interest | M | T | | | | | |
| 6. --AOL Inc. (Common) | | None | K | T | Buy (add'l) | 04/23/13 | M | | |
| 7. | | | | | Sold | 4/24/13 | M | B | |
| 8. | | | | | Buy | 4/26/13 | L | | |
| 9. | | | | | Sold (part) | 7/12/13 | K | | |
| 10. -- Moduslink Global Solutions (Common) | | None | J | T | | | | | |
| 11. -- Amazon (Common) | | None | M | T | Buy (add'l) | 2/16/13 | M | | |
| 12. | | | | | Sold (part) | 3/12/13 | M | | |
| 13. | | | | | Sold | 3/19/13 | M | D | |
| 14. | | | | | Buy | 4/2/13 | M | | |
| 15. | | | | | Sold | 4/18/13 | M | | |
| 16. | | | | | Buy | 7/15/13 | N | | |
| 17. | | | | | Sold | 7/19/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy | 7/26/13 | M | | |
| 19. | | | | | Sold | 8/15/13 | M | | |
| 20. | | | | | Buy | 12/26/13 | M | | |
| 21.  -- Valero (Common) | A | Dividend | | | Buy | 4/11/13 | M | | |
| 22. | | | | | Sold | 7/12/13 | M | B | |
| 23.  -- Rambus (Common) | | None | K | T | | | | | |
| 24.  --Apple (Common) | C | Dividend | N | T | Buy (add'l) | 1/11/13 | N | | |
| 25. | | | | | Sold | 1/14/13 | N | | |
| 26. | | | | | Buy | 1/24/13 | K | | |
| 27. | | | | | Buy (add'l) | 2/1/13 | M | | |
| 28. | | | | | Buy (add'l) | 4/2/13 | M | | |
| 29. | | | | | Buy (add'l) | 4/11/13 | M | | |
| 30. | | | | | Sold (part) | 4/18/13 | N | | |
| 31. | | | | | Sold | 5/20/13 | K | A | |
| 32. | | | | | Buy | 7/26/13 | M | | |
| 33. | | | | | Sold | 8/15/13 | K | | |
| 34. | | | | | Buy | 12/26/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -- Yahoo (Common) | | None | | | Buy | 4/22/13 | M | | |
| 36. | | | | | Sold | 4/24/13 | M | D | |
| 37.   --CST Brands Inc. (Common) | A | Dividend | J | T | Spinoff (from line 21) | 4/11/13 | J | | |
| 38.   -- Facebook (Common) | | None | O | T | Buy | 3/17/13 | M | | |
| 39. | | | | | Sold | 3/19/13 | M | | |
| 40. | | | | | Buy | 3/20/13 | M | | |
| 41. | | | | | Buy (add'l) | 4/4/13 | M | | |
| 42. | | | | | Sold | 4/10/13 | M | | |
| 43. | | | | | Buy | 5/22/13 | N | | |
| 44. | | | | | Sold | 6/27/13 | N | | |
| 45. | | | | | Buy | 7/5/13 | M | | |
| 46. | | | | | Buy (add'l) | 7/31/13 | K | | |
| 47. | | | | | Buy (add'l) | 8/21/13 | M | | |
| 48. | | | | | Buy (add'l) | 8/30/13 | M | | |
| 49. | | | | | Sold | 9/30/13 | N | G | |
| 50. | | | | | Buy | 10/8/13 | N | | |
| 51. | | | | | Buy (add'l) | 10/10/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 10/16/13 | M | B | |
| 53. | | | | | Buy (add'l) | 10/22/13 | L | | |
| 54. | | | | | Sold (part) | 12/8/13 | L | E | |
| 55. | | | | | Sold | 12/18/13 | O | G | |
| 56. | | | | | Buy | 12/26/13 | O | | |
| 57.  --Intel (Common) | | None | | | Sold | 1/3/13 | M | C | |
| 58. | | | | | Buy | 4/25/13 | N | | |
| 59. | | | | | Sold | 5/1/13 | N | C | |
| 60. | | | | | Buy | 5/3/13 | M | | |
| 61. | | | | | Sold | 5/10/13 | M | C | |
| 62.  -- Cisco (Common) | | None | | | Buy | 8/1/13 | K | | |
| 63. | | | | | Sold | 8/15/13 | K | A | |
| 64.  -- Lowes (Common) | | None | | | Buy | 5/13/13 | M | | |
| 65. | | | | | Sold | 7/12/13 | M | D | |
| 66.  -- Home Depot (Common) | | None | | | Buy | 7/2/13 | L | | |
| 67. | | | | | Sold | 8/2/13 | L | | |
| 68. | | | | | Buy | 8/20/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ]  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 8/26/13 | M | B | |
| 70. | | | | | Buy | 8/29/13 | L | | |
| 71. | | | | | Sold | 9/20/13 | L | B | |
| 72.  -- Ebay (Common) | | None | | | Buy | 2/8/13 | M | | |
| 73. | | | | | Sold | 4/18/13 | M | | |
| 74.  -- Twitter(Common) | | None | | | Buy | 11/27/13 | L | | |
| 75. | | | | | Sold | 12/4/13 | L | C | |
| 76.  -- Tesla (Common) | | None | | | Buy | 7/15/13 | M | | |
| 77. | | | | | Sold | 7/16/13 | M | | |
| 78.  JPMorgan Chase Accounts | A | Interest | K | T | | | | | |
| 79.  Schwab Account -- NY Muni Money Mkt | D | Int./Div. | N | T | | | | | |
| 80.  Merrill Lynch Cash Acc- formerly Bk of America cash reserve | B | Dividend | K | T | | | | | |
| 81.  Treasury Direct | A | Interest | M | T | | | | | |
| 82.  Time Warner Common Stock | A | Dividend | K | T | Buy | 5/17/13 | M | | |
| 83. | | | | | Sold (part) | 8/1/13 | M | C | |
| 84. | | | | | Buy | 8/21/13 | L | | |
| 85. | | | | | Sold (part) | 8/26/13 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy | 11/22/13 | M | | |
| 87. | | | | | Sold (part) | 11/22/13 | M | A | |
| 88. Blount Common Stock | | None | J | T | | | | | |
| 89. Intel Common Stock | B | Dividend | L | T | Sold (part) | 01/16/13 | N | | |
| 90. | | | | | Sold (part) | 01/17/13 | K | | |
| 91. | | | | | Buy | 4/10/13 | N | | |
| 92. | | | | | Sold (part) | 4/10/13 | N | B | |
| 93. | | | | | Sold (part) | 4/24/13 | M | D | |
| 94. | | | | | Buy | 4/25/13 | N | | |
| 95. | | | | | Sold (part) | 4/25/13 | N | B | |
| 96. Microsoft Common Stock (IRA) | A | Dividend | | | Sold | 6/18/13 | K | B | |
| 97. AOL Inc. Common Stock | | None | J | T | Buy | 11/22/13 | K | | |
| 98. | | | | | Sold (part) | 11/22/13 | K | A | |
| 99. Time Warner Cable Common | A | Dividend | K | T | | | | | |
| 100. Amazon Common Stock | | None | | | Buy | 01/16/13 | O | | |
| 101. | | | | | Sold (part) | 1/17/13 | M | B | |
| 102. | | | | | Sold (part) | 1/18/13 | M | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 2/15/13 | N | | |
| 104. | | | | | Sold (part) | 2/22/13 | M | | |
| 105. | | | | | Buy | 2/25/13 | M | | |
| 106. | | | | | Sold (part) | 3/4/13 | N | | |
| 107. | | | | | Sold (part) | 3/6/13 | M | C | |
| 108. | | | | | Buy | 3/14/13 | M | | |
| 109. | | | | | Sold | 3/14/13 | M | | |
| 110. | | | | | Buy | 3/19/13 | L | | |
| 111. | | | | | Buy | 4/5/13 | J | | |
| 112. | | | | | Sold (part) | 4/8/13 | L | | |
| 113. | | | | | Buy | 4/26/13 | N | | |
| 114. | | | | | Sold (part) | 5/7/13 | M | | |
| 115. | | | | | Sold | 5/10/13 | M | A | |
| 116. | | | | | Buy | 7/8/13 | M | | |
| 117. | | | | | Buy | 7/29/13 | N | | |
| 118. | | | | | Buy | 8/4/13 | N | | |
| 119. | | | | | Sold (part) | 8/15/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 8/21/13 | N | | |
| 121. | | | | | Sold (part) | 8/29/13 | M | | |
| 122. | | | | | Sold (part) | 9/3/13 | M | | |
| 123. | | | | | Sold | 9/30/13 | N | | |
| 124. | | | | | Buy | 12/2/13 | O | | |
| 125. | | | | | Sold (part) | 12/3/13 | M | | |
| 126. | | | | | Buy | 12/5/13 | N | | |
| 127. | | | | | Sold (part) | 12/6/13 | O | | |
| 128. | | | | | Sold (part) | 12/9/13 | M | | |
| 129. | | | | | Sold (part) | 12/13/13 | N | | |
| 130. | | | | | Sold | 12/17/13 | M | | |
| 131. Yahoo Common Stock | | None | | | Buy | 1/2/13 | M | | |
| 132. | | | | | Sold | 1/2/13 | M | A | |
| 133. | | | | | Buy | 4/10/13 | N | | |
| 134. | | | | | Sold (part) | 4/10/13 | M | B | |
| 135. | | | | | Sold | 4/11/13 | M | B | |
| 136. Apple Common Stock | C | Dividend | | | Sold (part) | 1/10/13 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 1/14/13 | N | | |
| 138. | | | | | Sold (part) | 1/16/13 | M | | |
| 139. | | | | | Sold | 2/8/13 | L | | |
| 140. | | | | | Buy | 4/5/13 | M | | |
| 141. | | | | | Sold | 4/5/13 | M | B | |
| 142. | | | | | Buy | 4/8/13 | N | | |
| 143. | | | | | Sold | 4/8/13 | N | A | |
| 144. | | | | | Buy | 4/11/13 | N | | |
| 145. | | | | | Sold (part) | 4/18/13 | M | | |
| 146. | | | | | Sold (part) | 4/24/13 | M | | |
| 147. | | | | | Sold (part) | 4/25/13 | L | | |
| 148. | | | | | Sold | 5/17/13 | M | | |
| 149. | | | | | Buy | 7/29/13 | M | | |
| 150. | | | | | Sold | 7/30/13 | M | C | |
| 151. | | | | | Buy | 7/31/13 | M | | |
| 152. | | | | | Sold | 7/31/13 | M | A | |
| 153. | | | | | Buy | 8/22/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 8/26/13 | N | C | |
| 155. | | | | | Buy | 8/29/13 | M | | |
| 156. | | | | | Sold (part) | 9/3/13 | J | A | |
| 157. | | | | | Buy | 9/3/13 | N | | |
| 158. | | | | | Sold (part) | 9/4/13 | M | C | |
| 159. | | | | | Buy | 9/10/13 | N | | |
| 160. | | | | | Sold (part) | 9/11/13 | M | | |
| 161. | | | | | Sold (part) | 9/13/13 | M | | |
| 162. | | | | | Sold (part) | 9/24/13 | M | | |
| 163. | | | | | Sold | 9/25/13 | M | | |
| 164. Cisco Common Stock | | None | | | Sold (part) | 1/2/13 | N | | |
| 165. | | | | | Sold | 1/16/13 | N | | |
| 166. | | | | | Buy | 4/10/13 | M | | |
| 167. | | | | | Sold | 4/10/13 | M | A | |
| 168. Blackberry Ltd Common Stock | | None | | | Buy | 7/30/13 | L | | |
| 169. | | | | | Sold | 7/31/13 | L | B | |
| 170. | | | | | Buy | 8/21/13 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 8/26/13 | M | B | |
| 172. | | | | | Buy | 9/12/13 | M | | |
| 173. | | | | | Sold | 9/20/13 | L | | |
| 174. Netflix Common Stock | | None | | | Buy | 10/22/13 | N | | |
| 175. | | | | | Sold (part) | 10/23/13 | M | A | |
| 176. | | | | | Sold | 10/29/13 | M | | |
| 177. Tesla Motors Common Stock | | None | | | Buy | 12/3/13 | L | | |
| 178. | | | | | Sold | 12/4/13 | L | | |
| 179. Twitter Common Stock | | None | K | T | Buy | 11/27/13 | M | | |
| 180. | | | | | Sold | 12/4/13 | M | C | |
| 181. | | | | | Buy | 12/6/13 | L | | |
| 182. | | | | | Sold | 12/9/13 | L | C | |
| 183. | | | | | Buy | 12/16/13 | N | | |
| 184. | | | | | Sold (part) | 12/18/13 | M | | |
| 185. Ebay Common Stock | | None | | | Buy | 4/10/13 | N | | |
| 186. | | | | | Sold (part) | 4/10/13 | M | A | |
| 187. | | | | | Sold (part) | 4/11/13 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 4/18/13 | L | | |
| 189. | | | | | Buy | 12/12/13 | M | | |
| 190. | | | | | Sold | 12/13/13 | M | A | |
| 191.  Facebook Common | | None | | | Buy | 1/16/13 | M | | |
| 192. | | | | | Sold | 1/17/13 | M | A | |
| 193. | | | | | Buy | 2/5/13 | O | | |
| 194. | | | | | Buy (add'l) | 2/6/13 | M | | |
| 195. | | | | | Buy (add'l) | 2/7/13 | L | | |
| 196. | | | | | Buy (add'l) | 2/9/13 | L | | |
| 197. | | | | | Buy (add'l) | 2/10/13 | K | | |
| 198. | | | | | Sold (part) | 2/12/13 | L | | |
| 199. | | | | | Buy (add'l) | 2/19/13 | M | | |
| 200. | | | | | Buy (add'l) | 2/22/13 | K | | |
| 201. | | | | | Sold (part) | 3/6/13 | N | | |
| 202. | | | | | Sold (part) | 3/7/13 | M | | |
| 203. | | | | | Sold (part) | 3/11/13 | M | | |
| 204. | | | | | Buy (add'l) | 3/11/13 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 27

Name of Person Reporting

Buchwald, Naomi R.

Date of Report

05/03/2014

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 3/12/13 | M | | |
| 206. | | | | | Buy (add'l) | 3/13/13 | M | | |
| 207. | | | | | Sold (part) | 3/19/13 | N | | |
| 208. | | | | | Buy (add'l) | 3/24/13 | K | | |
| 209. | | | | | Sold (part) | 4/10/13 | N | | |
| 210. | | | | | Buy (add'l) | 4/22/13 | M | | |
| 211. | | | | | Buy (add'l) | 4/24/13 | M | | |
| 212. | | | | | Sold | 4/26/13 | N | D | |
| 213. | | | | | Buy | 4/29/13 | N | | |
| 214. | | | | | Sold | 5/1/13 | N | C | |
| 215. | | | | | Buy | 5/14/13 | O | | |
| 216. | | | | | Sold (part) | 5/17/13 | M | | |
| 217. | | | | | Buy (add'l) | 5/17/13 | L | | |
| 218. | | | | | Buy (add'l) | 6/6/13 | K | | |
| 219. | | | | | Buy (add'l) | 6/11/13 | M | | |
| 220. | | | | | Sold (part) | 6/19/13 | M | | |
| 221. | | | | | Sold (part) | 6/24/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Buy (add'l) | 7/31/13 | L | | |
| 223. | | | | | Buy (add'l) | 8/1/13 | N | | |
| 224. | | | | | Sold (part) | 8/1/13 | M | | |
| 225. | | | | | Buy (add'l) | 8/2/13 | M | | |
| 226. | | | | | Buy (add'l) | 8/5/13 | K | | |
| 227. | | | | | Sold (part) | 8/6/13 | N | D | |
| 228. | | | | | Sold (part) | 8/7/13 | L | B | |
| 229. | | | | | Buy (add'l) | 8/7/13 | L | | |
| 230. | | | | | Buy (add'l) | 8/8/13 | J | | |
| 231. | | | | | Sold (part) | 8/8/13 | N | D | |
| 232. | | | | | Sold (part) | 8/15/13 | N | | |
| 233. | | | | | Sold (part) | 8/26/13 | M | | |
| 234. | | | | | Buy (add'l) | 8/26/13 | N | | |
| 235. | | | | | Buy (add'l) | 8/28/13 | M | | |
| 236. | | | | | Buy (add'l) | 8/29/13 | N | | |
| 237. | | | | | Sold (part) | 8/29/13 | N | D | |
| 238. | | | | | Buy (add'l) | 8/30/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold (part) | 8/30/13 | M | C | |
| 240. | | | | | Sold (part) | 9/3/13 | O | D | |
| 241. | | | | | Buy (add'l) | 9/10/13 | M | | |
| 242. | | | | | Sold (part) | 9/11/13 | M | D | |
| 243. | | | | | Buy (add'l) | 9/12/13 | O | | |
| 244. | | | | | Buy (add'l) | 9/17/13 | M | | |
| 245. | | | | | Sold (part) | 9/18/13 | M | C | |
| 246. | | | | | Buy (add'l) | 9/19/13 | M | | |
| 247. | | | | | Sold (part) | 9/19/13 | N | D | |
| 248. | | | | | Sold (part) | 9/20/13 | M | D | |
| 249. | | | | | Buy (add'l) | 9/25/13 | N | | |
| 250. | | | | | Sold (part) | 9/25/13 | N | E | |
| 251. | | | | | Buy (add'l) | 9/30/13 | N | | |
| 252. | | | | | Sold | 9/30/13 | P1 | E | |
| 253. | | | | | Buy | 10/8/13 | N | | |
| 254. | | | | | Buy (add'l) | 10/10/13 | N | | |
| 255. | | | | | Buy (add'l) | 10/11/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 10/14/13 | M | B | |
| 257. | | | | | Buy (add'l) | 10/15/13 | O | | |
| 258. | | | | | Sold (part) | 10/15/13 | O | E | |
| 259. | | | | | Sold (part) | 10/16/13 | O | E | |
| 260. | | | | | Buy (add'l) | 10/18/13 | P1 | | |
| 261. | | | | | Buy (add'l) | 10/19/13 | L | | |
| 262. | | | | | Buy (add'l) | 10/20/13 | M | | |
| 263. | | | | | Buy (add'l) | 10/21/13 | N | | |
| 264. | | | | | Buy (add'l) | 10/22/13 | N | | |
| 265. | | | | | Buy (add'l) | 10/23/13 | N | | |
| 266. | | | | | Buy (add'l) | 10/24/13 | J | | |
| 267. | | | | | Buy (add'l) | 10/25/13 | M | | |
| 268. | | | | | Sold (part) | 10/28/13 | N | B | |
| 269. | | | | | Sold (part) | 10/31/13 | O | | |
| 270. | | | | | Sold (part) | 11/7/13 | K | | |
| 271. | | | | | Sold (part) | 11/21/13 | N | | |
| 272. | | | | | Sold (part) | 11/25/13 | O | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold (part) | 11/29/13 | N | | |
| 274. | | | | | Sold (part) | 12/2/13 | N | | |
| 275. | | | | | Sold (part) | 12/4/13 | N | | |
| 276. | | | | | Sold (part) | 12/6/13 | M | | |
| 277. | | | | | Sold (part) | 12/9/13 | N | | |
| 278. | | | | | Sold (part) | 12/17/13 | N | | |
| 279. | | | | | Sold (part) | 12/18/13 | P1 | | |
| 280. | | | | | Sold | 12/19/13 | N | | |
| 281. Home Depot Common | A | Dividend | | | Buy | 7/15/13 | M | | |
| 282. | | | | | Buy (add'l) | 7/16/13 | L | | |
| 283. | | | | | Buy (add'l) | 7/25/13 | L | | |
| 284. | | | | | Sold (part) | 7/31/13 | M | A | |
| 285. | | | | | Buy | 8/1/13 | M | | |
| 286. | | | | | Sold | 8/2/13 | N | B | |
| 287. | | | | | Buy | 8/21/13 | L | | |
| 288. | | | | | Buy | 08/26/13 | L | | |
| 289. | | | | | Sold (part) | 8/26/13 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold | 9/3/13 | L | | |
| 291. Lowes Common | B | Dividend | | | Buy | 1/31/13 | K | | |
| 292. | | | | | Buy (add'l) | 2/1/13 | M | | |
| 293. | | | | | Sold (part) | 2/7/13 | K | A | |
| 294. | | | | | Sold | 2/8/13 | N | C | |
| 295. | | | | | Buy | 2/8/13 | M | | |
| 296. | | | | | Buy | 2/11/13 | M | | |
| 297. | | | | | Sold | 2/11/13 | M | A | |
| 298. | | | | | Buy | 3/5/13 | M | | |
| 299. | | | | | Sold | 3/5/13 | M | A | |
| 300. | | | | | Buy | 3/8/13 | M | | |
| 301. | | | | | Sold | 3/11/13 | M | B | |
| 302. | | | | | Buy | 4/11/13 | N | | |
| 303. | | | | | Buy (add'l) | 5/9/13 | M | | |
| 304. | | | | | Sold (part) | 5/10/13 | M | D | |
| 305. | | | | | Sold (part) | 5/17/13 | M | D | |
| 306. | | | | | Buy (add'l) | 5/20/13 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 5/30/13 | N | | |
| 308. | | | | | Buy (add'l) | 6/1/13 | K | | |
| 309. | | | | | Sold (part) | 6/4/13 | M | | |
| 310. | | | | | Sold (part) | 7/1/13 | M | | |
| 311. | | | | | Sold (part) | 7/2/13 | M | | |
| 312. | | | | | Sold (part) | 7/11/13 | L | A | |
| 313. | | | | | Sold (part) | 7/12/13 | M | | |
| 314. | | | | | Buy (add'l) | 7/15/13 | M | | |
| 315. | | | | | Sold (part) | 7/15/13 | M | B | |
| 316. | | | | | Buy (add'l) | 7/24/13 | M | | |
| 317. | | | | | Buy (add'l) | 7/26/13 | L | | |
| 318. | | | | | Sold (part) | 7/31/13 | N | B | |
| 319. | | | | | Buy (add'l) | 8/2/13 | L | | |
| 320. | | | | | Sold | 8/5/13 | M | A | |
| 321. | | | | | Buy | 8/6/13 | M | | |
| 322. | | | | | Sold | 8/8/13 | M | C | |
| 323. | | | | | Buy | 8/26/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Buy (add'l) | 8/27/13 | L | | |
| 325. | | | | | Sold (part) | 8/27/13 | L | | |
| 326. | | | | | Sold | 8/29/13 | L | | |
| 327.  Valero Common Stock | A | Dividend | | | Buy | 1/31/13 | M | | |
| 328. | | | | | Sold (part) | 2/5/13 | L | C | |
| 329. | | | | | Sold | 2/8/13 | M | C | |
| 330. | | | | | Buy | 2/8/13 | M | | |
| 331. | | | | | Sold | 2/11/13 | M | B | |
| 332. | | | | | Buy | 2/11/13 | N | | |
| 333. | | | | | Buy (add'l) | 2/20/13 | O | | |
| 334. | | | | | Sold (part) | 2/22/13 | M | | |
| 335. | | | | | Sold (part) | 2/25/13 | M | | |
| 336. | | | | | Buy (add'l) | 3/8/13 | M | | |
| 337. | | | | | Sold | 3/19/13 | O | | |
| 338.  POA Account # 1 : Chase Accounts | A | Interest | N | T | | | | | |
| 339.  POA Account# 2: Bank of America (CD) | A | Interest | | | Merged (with line 338) | 10/15/13 | L | | |
| 340.  POA Accoount #3: Vanguard Wellington Admiral Fund | C | Dividend | M | T | | | | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
(See Columns B1 and D4)        F =$50,001 - $100,000        G =$100,001 - $1,000,000        H1 =$1,000,001 - $5,000,000        H2 =More than $5,000,000
2. Value Codes:        J =$15,000 or less        K =$15,001 - $50,000        L =$50,001 - $100,000        M =$100,001 - $250,000
(See Columns C1 and D3)        N =$250,001 - $500,000        O =$500,001 - $1,000,000        P1 =$1,000,001 - $5,000,000        P2 =$5,000,001 - $25,000,000
        P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal        R =Cost (Real Estate Only)        S =Assessment        T =Cash Market
(See Column C2)        U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. POA Account #4 | C | Dividend | L | T | | | | | |
| 342. -Eaton Vance Floating Rate Fund | B | Dividend | L | T | | | | | |
| 343. -Oppenheimer Senior Floating Rate Fund | C | Dividend | L | T | | | | | |
| 344. POA Account #5: | A | Int./Div. | | | Distributed | 05/07/13 | K | | |
| 345. -CitiBank Deposit Program | | | | | | | | | |
| 346. -DWS High Income Fund | | | | | | | | | |
| 347. POA Account #6: | B | Int./Div. | M | T | | | | | |
| 348. -Morgan Stanley Private Bank | | | | | | | | | |
| 349. -CitiBank Deposit Program | | | | | | | | | |
| 350. -Intel | | | | | | | | | |
| 351. -Gabelli Equity Tr. PFD | | | | | | | | | |
| 352. -DWS High Income Fund | | | | | | | | | |
| 353. -DWS Gov't Securities Fund | | | | | | | | | |
| 354. POA Account #7: | C | Int./Div. | M | T | | | | | |
| 355. -Morgan Stanley Private Bank | | | | | | | | | |
| 356. -Columbia Acorn Select Fund | | | | | | | | | |
| 357. -Columbia Select Smaller Cap Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. -DWS Strategic Value Fund | | | | | | | | | |
| 359. -Fidelity Advisor Diversified International Fund | | | | | | | | | |
| 360. -JP Morgan Mid Cap Value Fund | | | | | | | | | |
| 361. -Growth Fund of America | | | | | | | | | |
| 362. -Invesco Van Kampen Senior. Loan Fund | | | | | | | | | |
| 363. -Touchtone Mid Cap Growth Fund | | | | | | | | | |
| 364. -Escrow Leiner Health Products exchanged for Lehman | | | | | | | | | |
| 365. -Express Scripts Holding Co. Common Stock (X) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Buchwald, Naomi R. | 05/03/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Naomi R. Buchwald**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544